NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3077

THOMAS W. MARTINETTE,

Petitioner,

v.

DEPARTMENT OF THE NAVY,

Respondent.

Petition for review of the Merit Systems Protection Board in
DC3443060842-I-2.

ON MOTION

Before PROST, Circuit Judge.

ORDER

The Department of the Navy moves without opposition to stay the briefing

schedule for 45 days due to settlement efforts.

IT IS ORDERED THAT:

The motion is granted. The Navy's brief is due no later than 45 days of the date

of filing of this order. No further extensions will be granted.

FOR THE COURT

FEB 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

cc:    Gregory T. Rinckey, Esq.
       Tara K. Hogan, Esq.

FEB 0 2 2009

JAN HORBALY
CLERK

s20